



**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   **AUG 15 2018**   ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MOHAMMED CHUNNU, on behalf of himself
and all others similarly situated,

        Plaintiff,

   -against-

FBCS, INCORPORATED; LVNV FUNDING, LLC;
and RESURGENT CAPITAL SERVICES LP,

        Defendant(s).

_____/

Civil Action No: 1:18-cv-03365-LDH-ST

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

To the Clerk of the above-named Court:

    It is hereby agreed by the undersigned parties and attorneys for Plaintiff Mohammed

Chunnu, and Defendants FBCS, Incorporated, LVNV Funding, LLC, and Resurgent Capital

Services LP, that the within action shall be dismissed with prejudice and with each party to bear

their own fees and costs.

**The Tariq Law Firm, PLLC**
*Attorney for Plaintiff*
*Mohammed Chunnu*

By: /s/Subhan Tariq
     Subhan Tariq, Esq.

68 Jay Street, Suite 201
Brooklyn, NY 11201
Tel: (718) 674-1245

**Sessions, Fishman, Nathan & Israel, L.L.C.**
*Attorney for Defendant*
*FBCS, Incorporated*

By: /s/ Kirsten H. Smith
     Kirsten H. Smith, Esq.

3850 N Causeway Blvd, Suite 200
Metairie, LA 70130
Tel No: (504) 846-7943

**Gordon & Rees LLP**
*Attorney for Defendants*
*LVNV Funding, LLC and*
*Resurgent Capital Services LP*

By: /s/ Peter G. Siachos_____
      Peter G. Siachos, Esq.

18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Tel No: (973) 549-2500

August 10, 2018

So Ordered

/s/ LDH

LaShann DeArcy Hall
United States District Judge